# IN THE UNITED STATES COURT OF APPEALS
## FOR THE FIFTH CIRCUIT

United States Court of Appeals
Fifth Circuit

**F I L E D**

May 24, 2012

No. 12-30087
Summary Calendar

Lyle W. Cayce
Clerk

PAUL LEWIS, Individually and On Behalf of
All Others Similarly Situation [sic]

Plaintiff-Appellant

v.

AUTO CLUB FAMILY INSURANCE COMPANY,
doing business as AAA Insurance

Defendant-Appellee

Appeal from the United States District Court
for the Eastern District of Louisiana
USDC No. 3:11-CV-169

Before WIENER, STEWART, and HAYNES, Circuit Judges.

PER CURIAM*

AFFIRMED.  See Rule 47.6.

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.